UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY BLAIR SIBLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-107 (RMC) |
| **STEVEN BREYER, et al.** | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Defendants' motion to dismiss, the memorandum in support thereof, any opposition thereto, and the entire record of this case, it is hereby

ORDERED that the Defendants' motion is GRANTED, and it is

FURTHER ORDERED that this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 2006.

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530

Montgomery Blair Sibley
50 West Montgomery Ave.
Suite B-4
Rockville, MD 20850-4216