**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MONTGOMERY BLAIR SIBLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-107 (RMC)** |
| ) | |
| **STEVEN BREYER, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE OF FILING EXHIBITS**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

The United States, through counsel, the United States Attorney for the District of Columbia,

on behalf of the Defendants, respectfully notify the Court and Counsel of the filing of the attached

exhibits, Exhibits 1 through 4, in support of Defendants' Motion to Dismiss.


Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058


By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that the accompanying Notice of Filing Exhibits in Support of Defendants'

Motion to Dismiss were served upon Plaintiff, *Pro se*, by the Electronic Court Filing System, to the

extent that he has access, and by mail, postage prepaid, addressed as follows:

Montgomery Blair Sibley
50 West Montgomery Ave.
Suite B-4
Rockville, MD 20850-4216

on this 4th day of April, 2006.


_____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739