# EXHIBIT 3



126 S.Ct. 666 (Mem)                                                                                                 Page 1
126 S.Ct. 666 (Mem), 163 L.Ed.2d 527, 74 USLW 3248, 74 USLW 3300, 74 USLW 3301
**(Cite as: 126 S.Ct. 666)**



**Briefs and Other Related Documents**

Supreme Court of the United States
Montgomery Blair SIBLEY, petitioner,
v.
SUPREME COURT OF the UNITED STATES, et al.
**No. 05-459.**

Nov. 14, 2005.

Case below, 136 Fed.Appx. 252.

Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

126 S.Ct. 666 (Mem), 163 L.Ed.2d 527, 74 USLW 3248, 74 USLW 3300, 74 USLW 3301

**Briefs and Other Related Documents (Back to top)**

• 2005 WL 2508052 (Appellate Petition, Motion and Filing) Petition for Writ of Certiorari (Oct. 11, 2005)

• 05-459 (Docket) (Oct. 11, 2005)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.