# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-107 (RMC) |
| ) | |
| STEVEN BREYER, *et al.* ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in the above-captioned matter and that, on the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendants Steven Breyer, Ruth Bader Ginsburg, Anthony Kennedy, Sandra Day O'Connor, Antonin Scalia, David Souter, John Paul Stevens and Clarence Thomas – Justices of the United States Supreme Court – as well as Gerald B. Tjoflat, Joel F. Dubina and Phyllis A. Kravitch – Judges of the U.S. Court of Appeals for the Eleventh Circuit – were acting within the scope of their employment as employees of the United States at the time of the events alleged in the Complaint.

4/3/2006
DATE

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
Chief, Civil Division