UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MONTGOMERY BLAIR SIBLEY,

          PLAINTIFF,

vs.

STEVEN BREYER, RUTH BADER GINSBURG, ANTHONY KENNEDY, SANDRA DAY O'CONNOR, ANTONIN SCALIA, DAVID SOUTER, JOHN PAUL STEVENS, CLARENCE THOMAS, GERALD BARD TJOFLAT, JOEL F. DUBINA AND PHYLLIS A. KRAVITCH,

          DEFENDANTS.
_____/

CASE NO.:1:06-CV-107
Judge: Rosemary M. Collyer

PLAINTIFF'S NOTICE OF FILING AFFIDAVIT OF SERVICE OF COMPLAINT ON STEVEN BREYER, RUTH BADER GINSBURG, ANTHONY KENNEDY, SANDRA DAY O'CONNOR, ANTONIN SCALIA, DAVID SOUTER, JOHN PAUL STEVENS, AND CLARENCE THOMAS

Plaintiff, Montgomery Blair Sibley, hereby gives Notice of Filing Affidavit of Service of Complaint on Steven Breyer, Ruth Bader Ginsburg, Anthony Kennedy, Sandra Day O'Connor, Antonin Scalia, David Souter, John Paul Stevens, and Clarence Thomas, copies of which are attached hereto.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Oliver W. McDaniel, Assistant United States Attorney, Civil Division, 555 Fourth Street, N.W., Washington, D.C. 20530 this April 11, 2006.

          MONTGOMERY BLAIR SIBLEY
          *In Proper Per*
          50 West Montgomery Avenue, Suite B-4
          Rockville, MD 20850-4216
          Voice/Fax:    (202) 478-0371

          By:   /s/ Montgomery Blair Sibley
                Montgomery Blair Sibley
                D.C. Bar #464488

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.   CASE NUMBER: 1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)
CLARENCE THOMAS, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: ☑ COMPLAINT   ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
       Deputy Clerk

Date: 3/10/06

O (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 31, 2006 at 2:49 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kirk A. Hornbeck | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $14.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 31, 2006___
                        Date

Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Address of Server    Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE

2006 MAR 31 P 2:49

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.   CASE NUMBER:   1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)

Steven Breyer, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the:   ☑ COMPLAINT      ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____          Date: 3/20/2006
         Deputy Clerk                             ~~March 13, 2006~~

(Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $14.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 31, 2006
              Date

Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Address of Server    Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE

2006 MAR 31 P 2:49

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.   CASE NUMBER:   1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)
DAVID SOUTER, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: ☑ COMPLAINT    ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____    Date: 3/20/06   ~~March 13, 2006~~
      Deputy Clerk

(ev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $14.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 31, 2006___
                    Date

Signature of Server

Address of Server:
WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE
2006 MAR 31 P 2:49

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.　　　　　　　　　　　CASE NUMBER:　　1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)

ANTONIN SCALIA, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: ☑ COMPLAINT    ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____    Date: 3/20/06
　　　Deputy Clerk

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $14.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 31, 2006
          Date

Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Address of Server   Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE
2006 MAR 31 P 2:49

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.   CASE NUMBER: 1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)

RUTH BADER GINSBURG, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: ☑ COMPLAINT   ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

Date: 3/20/2006 ~~March 13, 2006~~

v. 10/93) Summons In a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $14.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __March 31, 2006__
          Date

*Signature of Server*

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
*Address of Server*     Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE

2006 MAR 31 P 2:49

(4) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.  CASE NUMBER: 1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)
ANTHONY KENNEDY, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: ☑ COMPLAINT  ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

Date: 3/20/06

(Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $14.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 31, 2006
                    Date

Signature of Server
WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Address of Server     Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE
2006 MAR 31 P 2:49

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.                              CASE NUMBER:     1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)

JOHN PAUL STEVENS, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the:  ☑ COMPLAINT      ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____        Date: 3/20/06
       Deputy Clerk                        March 13, 2006