## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

MONTGOMERY BLAIR SIBLEY,

        PLAINTIFF,

vs.

STEVEN BREYER, RUTH BADER GINSBURG, ANTHONY KENNEDY, SANDRA DAY O'CONNOR, ANTONIN SCALIA, DAVID SOUTER, JOHN PAUL STEVENS, CLARENCE THOMAS, GERALD BARD TJOFLAT, JOEL F. DUBINA AND PHYLLIS A. KRAVITCH,

        DEFENDANTS.
_____/

CASE NO.:1:06-CV-107
Judge: Rosemary M. Collyer

NOTICE OF APPEARANCE

COMES NOW, Montgomery Blair Sibley, and notices his appearance for Plaintiff, Montgomery Blair Sibley.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Oliver W. McDaniel, Assistant United States Attorney, Civil Division, 555 Fourth Street, N.W., Washington, D.C. 20530 this April 11, 2006.

        **MONTGOMERY BLAIR SIBLEY**
        *Attorney for Plaintiff*
        50 West Montgomery Avenue, Suite B-4
        Rockville, MD 20850-4216
        Voice/Fax:    (202) 478-0371

        By:   /s/ Montgomery Blair Sibley
            Montgomery Blair Sibley
            D.C. Bar #464488