## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

MONTGOMERY BLAIR SIBLEY,

        PLAINTIFF,

vs.

STEVEN BREYER, RUTH BADER GINSBURG, ANTHONY KENNEDY, SANDRA DAY O'CONNOR, ANTONIN SCALIA, DAVID SOUTER, JOHN PAUL STEVENS, CLARENCE THOMAS, GERALD BARD TJOFLAT, JOEL F. DUBINA AND PHYLLIS A. KRAVITCH,

        DEFENDANTS.

_____/

CASE NO.:1:06-CV-107
Judge: Rosemary M. Collyer

**PLAINTIFF'S VERIFIED MOTION TO ASSESS COSTS AGAINST DEFENDANTS STEVEN BREYER, RUTH BADER GINSBURG, ANTHONY KENNEDY, SANDRA DAY O'CONNOR, ANTONIN SCALIA, DAVID SOUTER, JOHN PAUL STEVENS, CLARENCE THOMAS**

      Plaintiff, Montgomery Blair Sibley, by and through his undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 4 and the inherent authority of the Court, moves to Assess Costs Against Defendants Steven Breyer, Ruth Bader Ginsburg, Anthony Kennedy, Sandra Day O'Connor, Antonin Scalia, David Souter, John Paul Stevens and Clarence Thomas, and for grounds in support thereof states:

      1.     This action was filed on January 18, 2006.  On January 24, 2006, pursuant to Federal Rules of Civil Procedure, Rule 4, Plaintiff served upon Defendants Steven Breyer, Ruth Bader Ginsburg, Anthony Kennedy, Sandra Day O'Connor, Antonin Scalia, David Souter, John Paul Stevens and Clarence Thomas a request to waive the summons and complaint by United States First Class Mail.  A copy of the Stamps.com receipt evidencing the mailings is attached.

      2.     Thereafter, Defendants Steven Breyer, Ruth Bader Ginsburg, Anthony Kennedy, Sandra Day O'Connor, Antonin Scalia, David Souter, John Paul Stevens and  Clarence Thomas

failed to waive the service of the summons forcing Plaintiff to serve Defendants Steven Breyer, Ruth Bader Ginsburg, Anthony Kennedy, Sandra Day O'Connor, Antonin Scalia, David Souter, John Paul Stevens and Clarence Thomas by process server. That service was effected on March 31, 2006, as detailed in the invoice of the process server, Washington Pre-Trial Services, Inc., attached hereto.

    3.    Federal Rules of Civil Procedure, Rule 4(d)(2) states "If a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court **shall** impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure be shown."

    4.    Moreover, the definition of "costs" under Rule 4(d)(2) is found at Rule 4(d)(5) which states: "The costs to be imposed on a defendant under paragraph (2) for failure to comply with a request to waive service of a summons shall include the costs subsequently incurred in effecting service under subdivision (e), (f), or (h), together with the costs, including a reasonable attorney's fee, of any motion required to collect the costs of service." The fee for serving Defendant Florida Supreme Court was $100.00 as detailed in the attached invoice from Washington Pre-Trial Services, Inc.

    5.    As such, Plaintiff also seeks attorney fees pursuant to Rule 4(d)(5). Plaintiff states (i) that a fair estimate of the fees Plaintiff is entitled to is $250.00 for preparing this motion required to collect the costs of service, (ii) Plaintiff has spent 1 hour preparing this motion to collect the costs of service and his time is worth at least $250/hour, (iii) counsel

for Plaintiff has verified this pleading and (iv) counsel for Plaintiff hereby certifies that he has fully reviewed the time records and supporting data and that the motion is well grounded in fact and justified.

WHEREFORE, Plaintiff requests that the Court grant costs, including attorney fees, of $350.00 to Plaintiff from Defendants Steven Breyer, Ruth Bader Ginsburg, Anthony Kennedy, Sandra Day O'Connor, Antonin Scalia, David Souter, John Paul Stevens and Clarence Thomas.

## VERIFICATION

I hereby verify that the factual statements made herein are true and accurate to the best of my knowledge and belief grounded upon personal knowledge.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Oliver W. McDaniel, Assistant United States Attorney, Civil Division, 555 Fourth Street, N.W., Washington, D.C. 20530 this April 12, 2006.

**MONTGOMERY BLAIR SIBLEY**
*Attorney for Plaintiff*
50 West Montgomery Avenue, Suite B-4
Rockville, MD 20850-4216
Voice/Fax:   (202) 478-0371


By:   /s/ Montgomery Blair Sibley
        Montgomery Blair Sibley
        D.C. Bar #464488

| Print Date | Cost | Recipient | Refund Type | Reference | Tracking Number | Class/Service | Weight | Special Services | Mail/Ship Date |
|---|---|---|---|---|---|---|---|---|---|
| 1/24/06 2:11 PM | $0.87 | CLARENCE THOMAS, Supreme Court of United States, 1 1st St NE Washington DC 20543-0001 | Mail-In | Prisoners | | First-Class Mail® | 0lb 3oz | | 1/24/06 |
| 1/24/06 2:11 PM | $0.87 | JOHN PAUL STEVENS, Supreme Court of United States, 1 1st St NE Washington DC 20543-0001 | Mail-In | Prisoners | | First-Class Mail® | 0lb 3oz | | 1/24/06 |
| 1/24/06 2:10 PM | $0.87 | DAVID SOUTER, Supreme Court of United States, 1 1st St NE Washington DC 20543-0001 | Mail-In | Prisoners | | First-Class Mail® | 0lb 3oz | | 1/24/06 |
| 1/24/06 2:10 PM | $0.87 | ANTONIN SCALIA, Supreme Court of United States, 1 1st St NE Washington DC 20543-0001 | Mail-In | Prisoners | | First-Class Mail® | 0lb 3oz | | 1/24/06 |
| 1/24/06 2:09 PM | $0.87 | STEVEN BREYER, Supreme Court of United States, 1 1st St NE Washington DC 20543-0001 | Mail-In | Prisoners | | First-Class Mail® | 0lb 3oz | | 1/24/06 |
| 1/24/06 2:09 PM | $0.87 | RUTH BADER GINSBURG Supreme Court of United States, 1 1st St NE, Washington DC 20543-0001 | Mail-In | Prisoners | | First-Class Mail® | 0lb 3oz | | 1/24/06 |
| 1/24/06 2:08 PM | $0.87 | ANTHONY KENNEDY, Supreme Court of United States, 1 1st St NE Washington DC 20543-0001 | Mail-In | Prisoners | | First-Class Mail® | 0lb 3oz | | 1/24/06 |

# INVOICE

Invoice #    28325

**WASHINGTON PRE-TRIAL SERVICES, INC.**
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

Voice  (202) 887-0700
Fax    (202) 887-0702
Mobile (202) 321-0700
e-mail info@pretrial.com

Montgomery Blair Sibley, Esq.
Montgomery Blair Sibley, Chartered
50 W. Montgomery Avenue - Suite B-4
Rockville, MD 20850

Invoice Date: 3/31/2006

Montgomery Blair Sibley vs. Steven Breyer et al.    (WPS28325)

Summons and Complaint - Case No.: 1:06cv000107
Personal Service on **D.E. Pearson**, Authorized Representative of the below referenced Justices at the Supreme Court of the United States, 1 First Street NE, Washington, DC 20543 on March 31, 2006 at 2:49 PM

    Service: flat rate                                                                           $100.00

**Clarence Thomas**
**Steven Breyer**
**David Souter**
**Antonin Scalia**
**Ruth Bader Ginsburg**
**Anthony Kennedy**
**John Paul Stevens**

                                                                    **Amount Prepaid:**    **$100.00**

Payment has been made in full. Thank you.

Visit us on the Web at www.pretrial.com
** LICENSED AND BONDED **