## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY,<br><br>PLAINTIFF,<br><br>vs.<br><br>STEVEN BREYER, RUTH BADER GINSBURG, ANTHONY KENNEDY, SANDRA DAY O'CONNOR, ANTONIN SCALIA, DAVID SOUTER, JOHN PAUL STEVENS, CLARENCE THOMAS, GERALD BARD TJOFLAT, JOEL F. DUBINA AND PHYLLIS A. KRAVITCH,<br><br>DEFENDANTS.<br>_____/ | CASE NO.:1:06-CV-107<br>Judge: Rosemary M. Collyer<br><br>PLAINTIFF'S NOTICE OF FILING AFFIDAVIT OF SERVICE OF COMPLAINT ON STEVEN BREYER, RUTH BADER GINSBURG, ANTHONY KENNEDY, SANDRA DAY O'CONNOR, ANTONIN SCALIA, DAVID SOUTER, JOHN PAUL STEVENS, AND CLARENCE THOMAS |

Plaintiff, Montgomery Blair Sibley, hereby gives Notice of Filing Affidavit of Service of Complaint on Steven Breyer, Ruth Bader Ginsburg, Anthony Kennedy, Sandra Day O'Connor, Antonin Scalia, David Souter, John Paul Stevens, and Clarence Thomas, copies of which are attached hereto.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Oliver W. McDaniel, Assistant United States Attorney, Civil Division, 555 Fourth Street, N.W., Washington, D.C. 20530 this April 11, 2006.

>MONTGOMERY BLAIR SIBLEY
>*In Proper Per*
>50 West Montgomery Avenue, Suite B-4
>Rockville, MD 20850-4216
>Voice/Fax:   (202) 478-0371
>
>
>By:   /s/ Montgomery Blair Sibley
>        Montgomery Blair Sibley
>        D.C. Bar #464488

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.  CASE NUMBER: 1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)

CLARENCE THOMAS, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: ☑ COMPLAINT   ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
            Deputy Clerk

Date: 3/10/06 ~~March 13, 2006~~

▵O (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $14.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 31, 2006___
           Date

Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Address of Server    Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE

2006 MAR 31 P 2:49

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.   CASE NUMBER:   1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)

Steven Breyer, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the:  ☑ COMPLAINT   ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____   Date: 3/20/2006
         Deputy Clerk                          ~~March 13, 2006~~

v. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $14.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 31, 2006
             Date

Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Address of Server    Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE

2006 MAR 31 P 2:49

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.                              CASE NUMBER:    1:06CV000107RMC

STEVEN BREYER et al.

TO:   (Name & Address of Defendant)
DAVID SOUTER, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: [✓] COMPLAINT    [ ] AMENDED COMPLAINT
which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____                     Date:  3/20/06   ~~March 13, 2006~~
    Deputy Clerk

(ev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $14.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 31, 2006
                    Date

Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Address of Server    Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE

2006 MAR 31 P 2:49

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.                              CASE NUMBER:    1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)
ANTONIN SCALIA, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: [✓] COMPLAINT   [ ] AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____          Date: 3/20/06  ~~March 13, 2006~~
        Deputy Clerk

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $14.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 31, 2006
               Date

Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Address of Server    Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE
2006 MAR 31 P 2:49

(4) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.   CASE NUMBER: 1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)

RUTH BADER GINSBURG, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: ☑ COMPLAINT   ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____   Date: 3/20/2006
    Deputy Clerk

.v. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $14.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 31, 2006
              Date

Signature of Server
WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Address of Server    Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE

2006 MAR 31 P 2:49

(4)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.  CASE NUMBER: 1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)
ANTHONY KENNEDY, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: ☑ COMPLAINT   ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

Date: 3/20/06

(Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 31, 2006 at 2:49 pm |
| NAME OF SERVER (PRINT)  Kirk A. Hornbeck | TITLE  private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on D.E. Pearson, Authorized Representative, Supreme Court Police Department on behalf of Defendant at One First Street NE, Washington, DC 20543

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $14.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __March 31, 2006__    _[signature]_
               Date                  Signature of Server
                                     WASHINGTON PRE-TRIAL SERVICES, INC.
                                     2000 Massachusetts Avenue NW 3rd Floor
                                     Address of Server    Washington, DC 20036

RECEIVED
SUPREME COURT OF U.S.
POLICE OFFICE
2006 MAR 31 P 2:49

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

Montgomery Blair Sibley

v.   CASE NUMBER: 1:06CV000107RMC

STEVEN BREYER et al.

TO: (Name & Address of Defendant)
JOHN PAUL STEVENS, Supreme Court of United States
1 First Street, N.E.
Washington, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery Blair Sibley, Esquire
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850

an answer to the: ☑ COMPLAINT    ☐ AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____    Date: 3/20/06
        Deputy Clerk                       ~~March 13, 2006~~