# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

MONTGOMERY BLAIR SIBLEY,

                  PLAINTIFF,

vs.

STEVEN BREYER, RUTH BADER GINSBURG,
ANTHONY KENNEDY, SANDRA DAY
O'CONNOR, ANTONIN SCALIA, DAVID
SOUTER, JOHN PAUL STEVENS, CLARENCE
THOMAS, GERALD BARD TJOFLAT, JOEL F.
DUBINA AND PHYLLIS A. KRAVITCH,

                  DEFENDANTS.

_____/

CASE NO.:1:06-CV-107
Judge: Rosemary M. Collyer

**PLAINTIFF'S NOTICE OF VACATION**

PLEASE TAKE NOTICE, that Montgomery Blair Sibley will be on vacation from June 14th through June 28, 2006 and from August 1 through August 31, 2006. Please do not schedule any hearings, depositions or require any statutory responses to Court orders, pleading or discovery during that time.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Oliver W. McDaniel, Assistant United States Attorney, Civil Division, 555 Fourth Street, N.W., Washington, D.C. 20530 this May 17, 2006.

**MONTGOMERY BLAIR SIBLEY**
*In Proper Per*
50 West Montgomery Avenue, Suite B-4
Rockville, MD 20850-4216
Voice/Fax:     (202) 478-0371


By:   /s/ Montgomery Blair Sibley
        Montgomery Blair Sibley
        D.C. Bar #464488