UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY,<br><br>    PLAINTIFF,<br><br>vs.<br><br>STEVEN BREYER, RUTH BADER GINSBURG, ANTHONY KENNEDY, SANDRA DAY O'CONNOR, ANTONIN SCALIA, DAVID SOUTER, JOHN PAUL STEVENS, CLARENCE THOMAS, GERALD BARD TJOFLAT, JOEL F. DUBINA AND PHYLLIS A. KRAVITCH,<br><br>    DEFENDANTS.<br>_____/ | CASE NO.:1:06CV000107<br>Judge: Rosemary M. Collyer<br><br><br><br>**MOTION TO ENLARGE TIME TO SERVE COMPLAINT ON DEFENDANTS GERALD BARD TJOFLAT, JOEL F. DUBINA AND PHYLLIS A. KRAVITCH AND FOR LIMITED DISCOVERY** |

Plaintiff, Montgomery Blair Sibley, by and through his undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 4(m), moves to enlarge the time to serve the Defendants Gerald Bard Tjoflat, Joel F. Dubina and Phyllis A. Kravitch and to permit limited written discovery of the Eleventh Circuit Court of Appeals and for grounds in support thereof states:

1.  On January 18, 2006, this matter was commenced.

2.  On January 24, 200, Plaintiff requested the Defendants Gerald Bard Tjoflat, Joel F. Dubina and Phyllis A. Kravitch to waive service of the summons and complaint pursuant to Federal Rules of Civil Procedure, Rule 4. To date, Defendants Gerald Bard Tjoflat, Joel F. Dubina and Phyllis A. Kravitch have refused to agreed to so waive.

3.  On April 10, 2006, Plaintiff attempted to serve Defendants Gerald Bard Tjoflat, Joel F. Dubina and Phyllis A. Kravitch at their place of business, but such service was refused.

4.  Plaintiff is unable to breach the praetorian guards around Defendants Gerald Bard Tjoflat, Joel F. Dubina and Phyllis A. Kravitch to affect service. Accordingly, as the residences of

federal judges are not matters of public record, Plaintiff seeks permission from this Court to engaged in limited discovery of the Clerk of the United States Circuit Court of Appeals for the Eleventh Circuit in order to obtain the residences of Defendants Gerald Bard Tjoflat, Joel F. Dubina and Phyllis A. Kravitch so that service may be properly affected on them there.

WHEREFORE, Plaintiff requests that the Court enlarge the time to serve the Defendants Gerald Bard Tjoflat, Joel F. Dubina and Phyllis A. Kravitch with the summons and complaint until 30 days after their residences are determined through the requested discovery.

### CERTIFICATE OF CONSULTATION

I HEREBY CERTIFY that on May 16, 2006, I consulted with Oliver McDaniel, counsel for the Defendants regarding the relief requested in this motion and he was unable to take a position on the relief requested in this motion.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Oliver W. McDaniel, Assistant United States Attorney, Civil Division, 555 Fourth Street, N.W., Washington, D.C. 20530 this May 18, 2006.

**MONTGOMERY BLAIR SIBLEY**
*In Proper Per*
50 West Montgomery Avenue, Suite B-4
Rockville, MD 20850-4216
Voice/Fax:   (202) 478-0371


By:   /s/ Montgomery Blair Sibley
        Montgomery Blair Sibley
        D.C. Bar #464488