UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY,<br><br>           PLAINTIFF,<br><br>vs.<br><br>STEVEN BREYER, RUTH BADER GINSBURG, ANTHONY KENNEDY, SANDRA DAY O'CONNOR, ANTONIN SCALIA, DAVID SOUTER, JOHN PAUL STEVENS, CLARENCE THOMAS, GERALD BARD TJOFLAT, JOEL F. DUBINA AND PHYLLIS A. KRAVITCH,<br><br>           DEFENDANTS.<br>_____/ | CASE NO.:1:06-CV-107<br>Judge: Rosemary M. Collyer<br><br><br>PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO CONFER FOR THE PURPOSE OF PREPARING A JOINT SCHEDULING REPORT |

Plaintiff, by and through his undersigned counsel, requests that Court order Defendants to confer with Plaintiff to the end of preparing a Joint Scheduling Report, and for grounds in support thereof states:

Federal Rules of Civil Procedure, Rule 16(b), requires that this Court issue a scheduling order "as soon as practicable but in any event within 90 days after the appearance of a defendant and within 120 days after the complaint has been served on a defendant."

Here, that mandatory date has passed.  Counsel for Plaintiff has attempted to comply with LCvR 16.3, "Duty to Confer, (A) Time for Conference" which requires that "Counsel (including any non-prisoner pro se party) must confer in accordance with this Rule and Rule 26(f), Federal Rules of Civil Procedure, within 21 days before a scheduling conference is held or a scheduling order is due under Rule 16(b), F.R.Civ.P."

Counsel for the Defendants has refused to so confer through requested to by Plaintiff.

WHEREFORE, Plaintiff respectfully requests that this Court order Defendants to promptly

confer with Plaintiff to discharge the obligations under LCvR 16.3 so that this Court may discharge its mandatory obligations under Rule 16(b).

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Oliver W. McDaniel, Assistant United States Attorney, Civil Division, 555 Fourth Street, N.W., Washington, D.C. 20530 this August 25, 2006.

> **MONTGOMERY BLAIR SIBLEY**
> *In Proper Per*
> 50 West Montgomery Avenue, Suite B-4
> Rockville, MD 20850-4216
> Voice/Fax:   (202) 478-0371
>
>
> By:   /s/ Montgomery Blair Sibley
>       Montgomery Blair Sibley
>       D.C. Bar #464488

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY,<br><br>   PLAINTIFF,<br><br>vs.<br><br>STEVEN BREYER, RUTH BADER GINSBURG, ANTHONY KENNEDY, SANDRA DAY O'CONNOR, ANTONIN SCALIA, DAVID SOUTER, JOHN PAUL STEVENS, CLARENCE THOMAS, GERALD BARD TJOFLAT, JOEL F. DUBINA AND PHYLLIS A. KRAVITCH,<br><br>   DEFENDANTS.<br>_____/ | CASE NO.:1:06-CV-107<br>Judge: Rosemary M. Collyer<br><br>ORDER ON PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO CONFER FOR THE PURPOSE OF PREPARING A JOINT SCHEDULING REPORT |

Upon consideration of Plaintiff's Motion to Compel Defendants to Confer For the Purpose of Preparing a Joint Scheduling Report, and it appearing to the Court that the motion should be granted, it is hereby:

ORDERED that Plaintiff's Motion to Compel Defendants to Confer For the Purpose of Preparing a Joint Scheduling Report is GRANTED.


Dated: _____                        _____
                                             United States District Court

Copies to:

Montgomery Sibley
Oliver W. McDaniel

1