UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MONTGOMERY BLAIR SIBLEY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STEVEN BREYER,** *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 06-107 (RMC) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion to Strike Pro se Plaintiff's Appearance as Counsel, for a Protective Order and to Stay Discovery Pending Resolution of Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the Defendants' motions are hereby granted, and it is

FURTHER ORDERED that Plaintiff's appearance as counsel is stricken, and it is

FURTHER ORDERED that Defendants are completely protected from Plaintiff's Requests for Admission and Notice of Deposition bearing a service date of September 11, 2006, and need not respond to this discovery or any other discovery served or noticed in this matter, and it is

FURTHER ORDERED that all discovery in this case is stayed until further order of the Court.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530

Montgomery Blair Sibley
LAW OFFICE OF RODRIGUEZ & SIBLEY
1717 K. Street, N.W.
Suite 600
Washington, DC 20036-5346