UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MONTGOMERY BLAIR SIBLEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-107 (RMC) |
| STEVEN BREYER, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' motion to dismiss [Dkt. #2] is **GRANTED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date:  October 11, 2006           _____/s/_____
                                  ROSEMARY M. COLLYER
                                  United States District Judge