UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONTGOMERY BLAIR SIBLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-107 (RMC) |
| STEVEN BREYER, et al. | ) |
| Defendants. | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME
FOR DEFENDANT TO FILE AN OPPOSITION TO PLAINTIFFS'
MOTION TO ALTER OR AMEND THE ORDER ON MOTION TO DISMISS**

The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time to file a memorandum in opposition to Plaintiff's Motion to Alter or Amend the Order on Motion to Dismiss, from the current due date of Monday, October 30, 2006, up to and including Tuesday, November 7, 2006. Plaintiff, Montgomery Blair Sibley, *has consented* to Defendant's motion for extension of time to file his opposition memorandum.

The Defendant requests this extension because of unanticipated litigation demands and personal circumstances that have consumed time that Counsel otherwise would have devoted to completing the opposition memorandum. The hospitalization of one of Counsel's family members required Counsel's attention to his circumstances. Further, Counsel himself was temporarily somewhat physically incapacitated, during the first part of last week. Finally, Counsel's schedule has been much more severely impacted than originally anticipated by added litigation responsibilities. Specifically, Counsel has had to complete a Reply to Plaintiff's Opposition to

Defendant's Motion for Summary Judgment in <u>Davis v. Gonzales</u>, C.A. No. 03-2531 (RBW), an appeal evaluation and notice of appeal in <u>Canadian Commercial Corp., et al. v. Air Force</u>, C.A. No. 04-1189 (JDB), a Supplemental Vaughn Index in <u>Northwestern Univ. v. U.S. Dept. of Agriculture</u>, C.A. No. 05-0932 (RMU), and preliminary preparation for an appellate argument that was scheduled on short notice.   These and other demands necessitate this requested extension.

WHEREFORE, Defendant submits that this consent motion for an extension of time for Defendant to file an opposition to Plaintiff's Motion to Alter or Amend the Order on Motion to Dismiss should be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER 498-610

By:                  /s/
        OLIVER W. MCDANIEL, D.C. Bar No. 377-360
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of October, 2006, I caused the foregoing Defendant's Consent Motion for an Extension of Time for Defendant to File an Opposition to Plaintiff's Motion to Alter or Amend the Order on Motion to Dismiss to be served on Plaintiff, *Pro se*, by the Electronic Court Filing System, to the extent that he has access, and by mail, postage prepaid, addressed as follows:

Montgomery Blair Sibley
LAW OFFICE OF RODRIGUEZ & SIBLEY
1717 K Street, N.W., Suite 600
Washington, D.C. 20036-5346

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739