UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MONTGOMERY BLAIR SIBLEY,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-107 (RMC) |
| **STEVEN BREYER, et al.** | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of Defendant's Consent Motion for an Extension of Time for Defendant to File an Opposition to Plaintiff's Motion to Alter or Amend the Order on Motion to Dismiss, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that Defendant's Opposition to Plaintiff's Motion to Alter or Amend the Order on Motion to Dismiss is due no later than November 7, 2006.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530

Montgomery Blair Sibley
LAW OFFICE OF RODRIGUEZ & SIBLEY
1717 K Street, N.W., Suite 600
Washington, D.C. 20036-5346