UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-107 (RMC) |
| ) | |
| STEVEN BREYER, et al. ) | |
| ) | |
| Defendants. ) | |

DEFENDANT'S MOTION FOR A TWO-DAY EXTENSION
OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S
MOTION TO ALTER OR AMEND THE ORDER ON MOTION TO DISMISS

The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a second extension of time to file a memorandum in opposition to Plaintiff's Motion to Alter or Amend the Order on Motion to Dismiss, from the current due date of Tuesday, November 7, 2006, up to and including Thursday, November 9, 2006 (extension of two business days). Plaintiff, *Pro se*, Montgomery Blair Sibley, was unavailable when Counsel for the Defendant attempted to contact him concerning his position on this motion.

The Defendant requests this extension because Counsel for the Defendant's litigation schedule for the first part of the week of November 6, 2006 will be more demanding than anticipated. Specifically, Counsel for Defendant has just had to schedule mediation for November 7, 2006 in Patterson v. Johnson, D.C. Cir. Appeal No. 05-5415. Counsel for Defendant also must file a Reply in Support of Defendant's Motion to Dismiss or Transfer in Kriesch v. Johanns, C.A.

No. 05-2402 (RMC) on or before November 7, 2006.  These and other demands necessitate this two business day extension.

    WHEREFORE, Defendant submits that this motion for a two-day extension of time to file an opposition to Plaintiff's Motion to Alter or Amend the Order on Motion to Dismiss should be granted.

                            Respectfully submitted,

                            JEFFREY A. TAYLOR
                            UNITED STATES ATTORNEY
                            D.C. BAR NUMBER 498-610

By:                  /s/
                            OLIVER W. MCDANIEL, D.C. Bar No. 377-360
                            Assistant United States Attorney
                            Civil Division
                            555 4th Street, N.W.
                            Washington, D.C.  20530
                            (202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 2nd day of November, 2006, I caused the foregoing Defendant's Motion for a Two-Day Extension of Time to File an Opposition to Plaintiff's Motion to Alter or Amend the Order on Motion to Dismiss to be served on Plaintiff, *Pro se*, by the Electronic Court Filing System, to the extent that he has access, and by mail, postage prepaid, addressed as follows:

Montgomery Blair Sibley
LAW OFFICE OF RODRIGUEZ & SIBLEY
1717 K Street, N.W., Suite 600
Washington, D.C. 20036-5346

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739