UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MONTGOMERY BLAIR SIBLEY,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-107 (RMC) |
| **STEVEN BREYER, et al.** | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for a Two-Day Extension of Time to File an Opposition to Plaintiff's Motion to Alter or Amend the Order on Motion to Dismiss, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that Defendant's Opposition to Plaintiff's Motion to Alter or Amend the Order on Motion to Dismiss is due no later than November 9, 2006.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530

Montgomery Blair Sibley
LAW OFFICE OF RODRIGUEZ & SIBLEY
1717 K Street, N.W., Suite 600
Washington, D.C. 20036-5346